UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| ) | |
| **v.** ) | **CRIMINAL NO. 04-57-P-H** |
| ) | |
| **LEROY MOSLEY,** ) | |
| ) | |
| **DEFENDANT** ) | |

**ORDER ON DEFENDANT'S MOTION TO REDUCE SENTENCE**

The defendant has asked for the appointment of counsel on a form prepared by this District's Federal Defender's office in connection with processing cases under the retroactive cocaine base (crack) Guideline amendment. Because the retroactive Guideline cannot help this defendant, however, I deny the motion.

The defendant pleaded Guilty to the charge of conspiracy to distribute and possess with intent to distribute 50 grams or more of cocaine base. I sentenced the defendant on June 2, 2005. Because he had three previous convictions for crimes of violence, I found him to be a career offender under Guideline § 4B1.1, with a Guideline range of 262 to 327 months. Drug quantity did not affect determination of that Guideline range.[1]

The defendant's sentence was not based on Guideline calculations of the quantity of crack/cocaine base, but upon the fact that he was a career offender.

---

[1] Except in the sense that the quantity charged in the Indictment affected the maximum authorized sentence under 21 U.S.C. § 841(a)(1)(A). Because the maximum sentence was life, the base offense *(continued on next page)*

The relevance of the 50 grams of crack/cocaine base was to make him subject to a maximum term of life imprisonment under the statute. 21 U.S.C. § 841(b)(1)(A). That is what drove the Guideline range, not the Guideline calculation for crack cocaine. Applying the new, more lenient crack/cocaine base Guideline simply would not affect Mosley's sentence.

Accordingly, the defendant's motion, treated as a motion both to appoint counsel and to reduce sentence under 18 U.S.C. § 3582(c), is **DENIED**.

**SO ORDERED.**

**DATED THIS 5TH DAY OF FEBRUARY, 2008**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

---

level under Guideline § 4B1.1 was 37.