UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIM. NO. 2:04-CR-57-DBH-01 |
| | ) | |
| LEROY MOSLEY, JR., | ) | |
| DEFENDANT | ) | |

## ORDER ON DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL

The defendant's motion for appointment of counsel is **DENIED**. I have previously determined that the defendant is not entitled to relief under the Fair Sentencing Act. Order on Defendant's Mot. to Reduce Sentence (ECF No. 225). The Court of Appeals for the First Circuit affirmed that decision. Judgment, United States Court of Appeals for the First Circuit (ECF No. 242).

**SO ORDERED.**

**DATED THIS 9TH DAY OF JULY, 2014**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**